# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MICHAEL BECKETT, | : | |
| Petitioner, | : | Case No. 3:03cv00003 |
| vs. | : | District Judge Thomas M. Rose |
| | | Magistrate Judge Sharon L. Ovington |
| MICHAEL SHEETS, Warden, | : | |
| Ross Correctional Institution, | | |
| | : | |
| Respondent. | | |
| | : | |

## DECISION AND ENTRY

The Court has reviewed *de novo* the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #28), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations.  It is therefore **ORDERED** that:

1. The Report and Recommendations filed on June 2, 2006 (Doc. #28) is ADOPTED in full;

2. Petitioner Michael Beckett's Petition and Amended Petition for Writ of Habeas Corpus are DISMISSED;

3. The case is terminated on the docket of this Court.

August 15, 2006                                                        **\*s/THOMAS M. ROSE**

                                                                                      Thomas M. Rose
                                                                                      United States District Judge